UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| SHEILA A. BJORN<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| DEPARTMENT OF SOCIAL SERVICES<br>COMMONWEALTH OF PENNSYLVANIA<br>SCHUYLKILL COUNTY CHILDREN & YOUTH<br>SERVICES DIVISION<br>410 North Centre Street<br>Pottsville, Pennsylvania 17901-1744,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| GERARD J. CAMPBELL, Defendant<br>Executive Director, Schuylkill County<br>Children & Youth Services Division<br>Being sued in his official and personal capacities | )<br>)<br>)<br>)<br>) |
| HEIDI MORAN, Defendant<br>Investigator and Employee of Schuylkill<br>County Children & Youth Services Division<br>Being sued in her official and personal capacities | )<br>)<br>)<br>)<br>) |
| JOHN WILLIAMS, Defendant<br>Case Worker & Employee of Schuylkill<br>County Children & Youth Services Division<br>Being sued in his official and personal capacities | )<br>)<br>)<br>)<br>) |
| DENNIS DEVINE, Defendant<br>Case Worker & Employee of Schuylkill<br>County Children & Youth Services Division<br>Being sued in his official and personal capacities | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

368616

Please enter my appearance as attorney for the defendants in the above action.

By _____
Jeffrey L. McCormick, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No. 329740


### CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this ___21___ day of June, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to Sheila Bjorn, 20 Falvey Street, West Springfield, MA 01089.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick

368616