UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

SHEILA A. BJORN )
    Plaintiff )
  )
vs. )
  )
DEPARTMENT OF SOCIAL SERVICES )
COMMONWEALTH OF PENNSYLVANIA )
SCHUYLKILL COUNTY CHILDREN & YOUTH )
SERVICES DIVISION, GERARD J. )
CAMPBELL, HEIDI MORAN, JOHN )
WILLIAMS, DENNIS DEVINE )
    Defendants )

## DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 8(A)(2) AND 12(B)(1)(2)(3)(6)

NOW COME the Defendants, Department of Social Services Commonwealth of Pennsylvania Schuylkill County Children & Youth Services Division, Gerard J. Campbell, Heidi Moran, John Williams and Dennis Devine, and respectfully move this Honorable Court pursuant to Fed. Rule Civ. P. 8(a)(2) and 12(b)(1)(2)(3)(6) to dismiss this matter.

The reasons for said motion, which are more fully discussed in the attached Memorandum of Law are as follows:

1) The plaintiff fails to state a claim for which relief may be granted as her claim involves a disputed family law issue and is more properly heard in Pennsylvania. *See Fed. Rule Civ. P. 12(b)(6).*

2) The plaintiff's claim does not comply with the requirements of Fed. Rule Civ. P. 8(a)(2) that a claim for relief contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *See Fed. Rule Civ. P. 8(a)(2).*

368576

3) The plaintiff's claim is not subject to general or specific personal jurisdiction or subject matter jurisdiction of this Court because the defendants did not transact any business in Massachusetts and none of the alleged events occurred in Massachusetts.

4) The plaintiff's claim should be dismissed on the ground of *forum non conveniens* as all of the witnesses and evidence can be found in Pennsylvania.

5) The individually named defendants should be dismissed because they were acting in their official capacities as employees of the Pennsylvania Department of Social Services.

For the foregoing reasons, the defendants respectfully ask this Court to allow its Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT

The defendants respectfully request oral argument as to this motion.

Respectfully submitted,
THE DEFENDANTS
DEPARTMENT OF SOCIAL SERVICES
COMMONWEALTH OF
PENNSYLVANIA SCHUYLKILL
COUNTY CHILDREN & YOUTH
SERVICES DIVISION, GERARD J.
CAMPBELL, HEIDI MORAN, JOHN
WILLIAMS, DENNIS DEVINE

By_____
Jeffrey L. McCormick, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301   Fax (413) 785-4658
BBO No.: 329740

## CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this 21st day of June, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to Sheila Bjorn, 20 Falvey Street, West Springfield, MA 01089.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick, Esq.

368576