UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA A. BJORN<br>Plaintiff<br><br>vs.<br><br>DEPARTMENT OF SOCIAL SERVICES COMMONWEALTH OF PENNSLYVANIA SCHUYLKILL COUNTY CHILDREN & YOUTH SERVICES DIVISION, GERARD J. CAMPBELL, HEIDI MORAN, JOHN WILLIAMS, DENNIS DEVINE | ) <br> ) CIVIL ACTION No.04-30088-MAP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF, SHEILA A. BJORN'S MOTION TO ENLARGE THE TIME TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS HER COMPLAINT**

Now comes the Plaintiff, Sheila A. Bjorn, in the above captioned matter, who requests the time for filing of the Plaintiff's Response to the Defendants' Motion to dismiss her complaint be enlarged to july 9, 2004.

As reason for this request the Plaintiff states her mother became ill on the 20th of June, 2004 and died on the 25th of June during which time she had to participate in taking care of her and making arrangements for her funeral during which time she could not complete her response.

This will be the only request to enlarge time in this matter.

Respectfully submitted
By the Plaintiff, Pro se

Sheila A. Bjorn, Pro se
20 Falvey Street
West Springfield, MA 01089
Phone 413-788-9478

## CERTIFICATE OF SERVICE

I hereby certify that on this day I had a copy of the above document served upon Jeffrey L. McCormick, Esq. of the firm of Robinson & Donovan, P.C. at 1600 Main Street, Suite 1600, Springfield, MA 01115 by courier.

Sheila A. Bjorn  July 7, 2004