UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA A. BJORN<br>Plaintiff | )<br>) CIVIL ACTION No.04-30088-MAP<br>) |
| vs. | )<br>) |
| DEPARTMENT OF SOCIAL SERVICES<br>COMMONWEALTH OF PENNSLYVANIA<br>SCHUYLKILL COUNTY CHILDREN AND<br>YOUTH SERVICES DIVISION, GERARD J.<br>CAMPBELL, HEIDI MORAN, JOHN<br>WILLIAMS, DENNIS DEVINE<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S RESPONSE TO DEFENFANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 8(A)(2) AND 12(B)(1)(2)(3)(6).

NOW comes the Plaintiff who moves this Honorable Court to dismiss the Defendants' Motion To Dismiss her complaint pursuant to FED> R. CIV. P. 8(A)(2) and 12(B)(1)(2)(3)(6) and grant her claims for relief, attorney costs and fees, and monies spent by her because of the actions of the Defendants which are more fully discussed in the attached Memorandum of Law showing why she should prevail in this action.

Dated: July 4, 2004

Respectfully submitted,
By the Plaintiff, Pro se

Sheila A. Bjorn, Pro se
20 Falvey Street
West Springfield, Massachusetts 01089
Phone 413-788-9478

CERTIFICATE OF SERVICE

I hereby certify, that on this day I had a true copy of the above document and the attached Memorandum of Law served upon Jeffrey L. McCormick, Esq., attorney for the above defendants, by mailing, postage prepaid, to the office of Robinson, Donovan, P.C. at 1500 Main Street, Suite 1600, Springfield, Massachusetts 01115.
Subscribed under the penalties of perjury.

Sheila A. Bjorn