# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

SHEILA A. BJORN
    Plaintiff(s)

        v.                      CIVIL ACTION NO. 3: 04-30088-MAP

DEPARTMENT OF SOCIAL SERVICES
COMMONWEALTH OF PENNSYLVANIA
SCHUYLKILL COUNTY CHILDREN &
YOUTH SERVICES DIVISION, ET AL.,
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal entered for the defendant's Department of Social Services Commonwealth of Pennsylvania, Schuylkill County Children & Youth Services Division, et al., against the plaintiff Sheila A. Bjorn, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                              TONY ANASTAS,
                              CLERK OF COURT

Dated: July 13, 2004                By /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                               [jgm.]